# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                            CASE NUMBER: 3:93cr264

WILLIE DAVID BROWN

THIS MATTER is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal service is hereby ORDERED to transport & produce the body of Defendant, Willie David Brown (USM# 10836-058), for a hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than April 28, 2020, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: April 16, 2020

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge