# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:93-CR-00264-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **WILLIE DAVID BROWN,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motions to Reduce Sentence Pursuant to the First Step Act of 2018. See Doc. No. 254, 258. The Court held a hearing on April 29, 2020 to consider those motions. For reasons explained during that hearing, regardless of whether Defendant's or the Government's requested Guidelines range applies, a sentence reduction is warranted in this case. Accordingly, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motions to Reduce Sentence Pursuant to the First Step Act of 2018, Doc. Nos. 254, 258, are **GRANTED**, and the Court hereby orders that Defendant's term of imprisonment is reduced to an aggregate sentence of **TIME SERVED PLUS FOURTEEN DAYS**. Thus, Defendant **SHALL** be released on **May 13, 2020.**

**IT IS FURTHER ORDERED** that, upon release from imprisonment, Defendant **SHALL** be placed on supervised release for a term of **three years** on Count One, and **four years** on all remaining counts of conviction, all of which shall run concurrently. Defendant **SHALL** submit to home detention, with location monitoring technology, for **twelve months** and comply with its requirements as directed. During this time, Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health

treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer. Defendant **SHALL** maintain a telephone at the defendant's place of residence without any "call forwarding," "Caller ID services," "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service. Defendant **SHALL** submit to location monitoring technology for a period of **twelve months** and comply with its requirements as directed.

Defendant **SHALL** participate in a mental health evaluation and treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program (including, but not limited to provider, location, modality, duration, and intensity). Defendant **SHALL** take all mental health medications as prescribed by a licensed health care practitioner. Finally, all terms previously imposed by the Court **SHALL** remain in effect.

**IT IS FURTHER ORDERED** that, for reasons stated by Defendant, Defendant's Motion to Seal his First Step Act Reply, Doc. No 264, is **GRANTED**, and Defendant's Reply, Doc. No. 263, is **SEALED.**

**SO ORDERED.**

Signed: April 30, 2020

Max O. Cogburn Jr
United States District Judge